**08 C 373**

**JUDGE SHADUR**
**MAGISTRATE JUDGE COX**

## SIGNATORY EMPLOYERS

For good consideration, the undersigned Employer hereby subscribes to and adopts the foregoing Collective Bargaining Agreement between PLUMBING AND HEATING CONTRACTORS ASSOCIATION OF LAKE AND McHENRY COUNTIES and JOURNEYMEN PLUMBERS, LOCAL UNION NO. 93, and agrees to abide by, and be bound by all of the terms and conditions thereof, and by any amendments thereto, and hereby ratifies and accepts said Collective Bargaining Agreement and the terms and conditions thereof as fully and completely as if the undersigned had been an original party thereto.

Dated this 21 day of FEB 19 2001

Firm Name: FOUR SEASON HEATING&COOLING, INC.

By: [signature]    Title: GM

Street Address: 56 EAST END DRIVE

City: GILBERTS    State: IL    Zip: 60136

Telephone: 847-783-0300

Indicate if your firm is a:
( ) Corporation
( ) Partnership
( ) Sole owner or proprietorship

Workman's Compensation Insurance: GENERAL CASUALTY
Name of Carrier

Effective Dates _____ Policy Number _____
Illinois Unemployment Compensation
Registration No. _____

**EXHIBIT 1**