# SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement"), by and between Four Seasons Heating & Cooling, Inc. ("FOUR SEASONS"), Dawn Franco, personally, ("FRANCO"), Board of Trustees of the Plumbers Local Union No.93 U.A. Retirement Account Fund, Board of Trustees of the Plumbers Local Union No.93 U.A. Pension Fund, Board of Trustees of the Plumbers Local Union No.93 U.A. Health and Welfare Fund, Board of Trustees of the Joint Apprenticeship Committee Fund of the Plumbing and Heating Industry of Lake and McHenry Counties, and the Industry Advancement Fund, ("FRINGE FUNDS") and Board of Trustees of the Plumbers Local Union No.93 U.A., ("UNION") is hereby entered into:

WHEREAS, FOUR SEASONS is signatory to a Collective Bargaining Agreement with the Plumbers Local Union No. 93 U.A.;

WHEREAS, pursuant to the Collective Bargaining Agreement to which FOUR SEASONS is bound, it incurred liability for contributions/working dues, liquidated damages, interest, and attorney's fees, and costs to the FRINGE FUNDS and the UNION; and

WHEREAS, FOUR SEASONS has failed to meet its obligation to pay contributions in a timely manner resulting in outstanding contributions/working dues, liquidated damages, interest, and attorneys' fees from April of 2007 to the present, in the amount of $235,781.11, as shown on the attached Exhibit 1.

**IT IS HEREBY AGREED AS FOLLOWS:**

1. FOUR SEASONS owes the FRINGE FUNDS and the UNION the principal balance of $235,781.11 and FOUR SEASONS shall pay off this principal balance over a twenty-four (24) month period at 8.25% interest pursuant to the amortization schedule attached hereto as Exhibit 2. FOUR SEASONS shall make the twenty-four (24) monthly installments in the amounts and on the dates shown in Exhibit 2.

2. All of the installment payments called for in this Agreement shall be made payable to the **Plumbers Local Union No. 93 Fringe Funds** and shall be mailed to the FRINGE FUNDS' and UNION's attorneys at the following address:

   Johnson & Krol, LLC
   208 South LaSalle Street,
   Suite 1602
   Chicago, IL 60604

3. Any monthly payment not received by the due date shown on Exhibit 1 shall constitute a default of this Agreement.

1


EXHIBIT 3

4. FOUR SEASONS shall submit contribution reports and payments for the periods subsequent to July 1, 2007 in a timely manner. Failure by FOUR SEASONS to submit contribution reports and payments in a timely manner shall constitute a default on this Agreement.

5. In the event FOUR SEASONS defaults on any of its obligations under the terms of this Settlement Agreement: 1) all remaining payments referenced herein will be accelerated and become immediately due and payable; 2) FOUR SEASONS and FRANCO hereby confess judgment for any and all unpaid amounts; 3) an additional liquidated damages charge of 10% of all unpaid amounts shall become due and payable by FOUR SEASONS and FRANCO, and 4) in the event the FRINGE FUNDS and/or UNION are required to engage an attorney to collect any amounts due under this Agreement, FOUR SEASONS and FRANCO shall be liable for all their reasonable attorney's fees and costs.

6. FRANCO shall be individually liable for all of the obligations of FOUR SEASONS under the terms of this Agreement.

7. Should the FRINGE FUNDS and/or UNION choose to waive the lateness of any payment(s) called for in this Agreement, such waiver shall only be effective to the specified lateness actually waived and shall not act as a waiver to any subsequent payments.

8. The contribution reports submitted to the FRINGE FUNDS and the UNION have not been verified by a FRINGE FUNDS audit. If an audit should be conducted and a reporting deficiency or discrepancy is discovered for any contribution period, the parties agree that said discrepancy and/or deficiency shall be a separate and distinct claim from the claims settled in this Agreement.

9. **TIMELY PAYMENT INCENTIVE.** The FRINGE FUNDS and UNION shall waive the last monthly payment due under paragraph 1 above if FOUR SEASONS complies with all the following:

    a) FOUR SEASONS makes the first twenty-three (23) monthly payments required under paragraph 1 by the due date; and

    b) FOUR SEASONS submits its contribution reports and payments for the period 8-1-2007 through 8-1-2009 by the due dates.

10. That the recitals shall be considered a part of this Agreement.

11. That this Agreement shall be executed in counterparts and each one shall be deemed an original.

12. That this Agreement shall terminate upon the receipt of the last payment called for in this Agreement.

13. This Agreement shall be construed in accordance with Illinois law without regard to choice of laws except as preempted by applicable federal law.

14. The payments and obligations of FOUR SEASONS and FRANCO called for in this Agreement are secured by the Security Agreement attached hereto as Exhibit 3.

The parties have executed this Agreement on the dates set forth below:

**PLUMBERS LOCAL NO.93**
**FRINGE FUNDS**

_____
Mr. Lynn Karner, Trustee

DATED: August 21, 2007

**PLUMBERS LOCAL NO.93 U.A.**

_____
Mr. Lynn Karner, Business Manager

DATED: August 21, 2007

**FOUR SEASONS HEATING**
**& COOLING, INC.**

_____
Ms. Dawn Franco, President

DATED: August ____, 2007

**DAWN FRANCO, individually**

_____
Ms. Dawn Franco, Individually

DATED: August ____, 2007

3

## Four Seasons Settlement - Total Amount Due

| Contribution Period Date | Date of Settlement | Reported Benefit Contributions | Working Dues | Liquidated Damages Due (based on 10% of late contributions) | Interest Due (based on 1% per month of unpaid contributions) | Attorney Fees | Total |
|---|---|---|---|---|---|---|---|
| April-2007 | August-2007 | $36,149.01 | $4,341.26 | $3,614.90 | $1,084.47 | | $45,189.64 |
| May-2007 | August-2007 | $85,070.95 | $4,995.72 | $8,507.10 | $1,701.42 | | $100,275.18 |
| June-2007 | August-2007 | $74,570.07 | $4,341.40 | $7,457.01 | $745.70 | | $87,114.18 |
| | Total | $195,790.03 | $13,678.38 | $19,579.00 | $3,531.59 | $3,202.11 | $235,781.11 |

Date - 8/7/07

## Four Seasons

Compound Period ......... : Monthly

Nominal Annual Rate .... : 8.250 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 08/07/2007 | 235,781.11 | 1 | | |
| 2 Payment | 09/01/2007 | 10,677.65 | 24 | Monthly | 08/01/2009 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 08/07/2007 | | | | 235,781.11 |
| 1 | 09/01/2007 | 10,677.65 | 1,332.32 | 9,345.33 | 226,435.78 |
| 2 | 10/01/2007 | 10,677.65 | 1,556.75 | 9,120.90 | 217,314.88 |
| 3 | 11/01/2007 | 10,677.65 | 1,494.04 | 9,183.61 | 208,131.27 |
| 4 | 12/01/2007 | 10,677.65 | 1,430.90 | 9,246.75 | 198,884.52 |
| 2007 Totals | | 42,710.60 | 5,814.01 | 36,896.59 | |
| 5 | 01/01/2008 | 10,677.65 | 1,367.33 | 9,310.32 | 189,574.20 |
| 6 | 02/01/2008 | 10,677.65 | 1,303.32 | 9,374.33 | 180,199.87 |
| 7 | 03/01/2008 | 10,677.65 | 1,238.87 | 9,438.78 | 170,761.09 |
| 8 | 04/01/2008 | 10,677.65 | 1,173.98 | 9,503.67 | 161,257.42 |
| 9 | 05/01/2008 | 10,677.65 | 1,108.64 | 9,569.01 | 151,688.41 |
| 10 | 06/01/2008 | 10,677.65 | 1,042.86 | 9,634.79 | 142,053.62 |
| 11 | 07/01/2008 | 10,677.65 | 976.62 | 9,701.03 | 132,352.59 |
| 12 | 08/01/2008 | 10,677.65 | 909.92 | 9,767.73 | 122,584.86 |
| 13 | 09/01/2008 | 10,677.65 | 842.77 | 9,834.88 | 112,749.98 |
| 14 | 10/01/2008 | 10,677.65 | 775.16 | 9,902.49 | 102,847.49 |
| 15 | 11/01/2008 | 10,677.65 | 707.08 | 9,970.57 | 92,876.92 |
| 16 | 12/01/2008 | 10,677.65 | 638.53 | 10,039.12 | 82,837.80 |
| 2008 Totals | | 128,131.80 | 12,085.08 | 116,046.72 | |
| 17 | 01/01/2009 | 10,677.65 | 569.51 | 10,108.14 | 72,729.66 |
| 18 | 02/01/2009 | 10,677.65 | 500.02 | 10,177.63 | 62,552.03 |
| 19 | 03/01/2009 | 10,677.65 | 430.05 | 10,247.60 | 52,304.43 |
| 20 | 04/01/2009 | 10,677.65 | 359.59 | 10,318.06 | 41,986.37 |
| 21 | 05/01/2009 | 10,677.65 | 288.66 | 10,388.99 | 31,597.38 |
| 22 | 06/01/2009 | 10,677.65 | 217.23 | 10,460.42 | 21,136.96 |
| 23 | 07/01/2009 | 10,677.65 | 145.32 | 10,532.33 | 10,604.63 |
| 24 | 08/01/2009 | 10,677.65 | 73.02 | 10,604.63 | 0.00 |
| 2009 Totals | | 85,421.20 | 2,583.40 | 82,837.80 | |
| Grand Totals | | 256,263.60 | 20,482.49 | 235,781.11 | |

## SECURITY AGREEMENT

Four Seasons Heating & Cooling, Inc. ("Debtor") hereby grants to Board of Trustees of the Plumbers Local Union No.93 U.A. Retirement Account Fund, Board of Trustees of the Plumbers Local Union No.93 U.A. Pension Fund, Board of Trustees of the Plumbers Local Union No.93 U.A. Health and Welfare Fund, Board of Trustees of the Joint Apprenticeship Committee Fund of the Plumbing and Heating Industry of Lake and McHenry Counties, and the Industry Advancement Fund, and Board of Trustees of the Plumbers Local Union No.93 U.A. ("Secured Parties"), a security interest in the following property ("Collateral"):

1. All machinery, equipment and tangible personal property of every type or description whether now owned or hereafter acquired and including without limitation all machinery used by Debtor to perform construction services, workbenches, automotive equipment, office furniture, and equipment, bookkeeping machines, typewriters, computers, adding machines, safes, desks, chairs, and tables;
2. All Debtor's inventory;
3. All of the Debtor's Accounts Receivable now outstanding and all of its Accounts Receivable which may hereafter come into existence during the term of this agreement; and
4. All of the Debtor's cash.

to secure payment and performance of any of the Obligations identified or set out as follows ("Obligations"):

Payment of the principal balance of $235,781.11 which is to be paid pursuant to the terms set forth in the Settlement Agreement entered into August ____, 2007;

Default in payment or performance of any of the Obligations or default under any agreement evidencing any of the Obligations is a default under this Agreement. Upon such default, Secured Parties may declare all Obligations immediately due and payable and shall have remedies of a secured party under the Uniform Commercial Code.

Signed in duplicate this ____ day of August, 2007.

PLUMBERS LOCAL NO.93 U.A.
&
FRINGE FUNDS

_____
Mr. Lynn Karner

DATE: 8/21/07

FOUR SEASONS HEATING
& COOLING, INC.

_____
Ms. Dawn Franco, as President and Individually

DATE: