

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 27 2008

**FILED**

MAR 27 2008  PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND;<br><br>Plaintiffs,<br><br>vs.<br><br>DAWN FRANCO, an individual,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 08 CV 373<br><br>JUDGE: SHADUR<br><br>MAGISTRATE JUDGE: COX |

### AFFIDAVIT OF EVASION OF SERVICE FOR SERVICE BY PUBLICATION

I, Joseph E. Mallon, Attorney for the Plaintiffs, being duly sworn and upon oath state that to the best of my knowledge the following is an accurate statement as to the Defendant's evasion of all attempts to serve Defendant with the Summons and Complaint in the above captioned matter:

1. On January 16, 2008, the Complaint in the above captioned matter was filed in the United States District Court for the Northern District of Illinois and "Filed-Stamped" copies of the Complaint and Summons were electronically mailed to me.

2. On several occasions throughout February of 2008, as evidenced by the attached Affidavit of Discontinued Attempting Service, a process server attempted to effectuate Service of the Summons and Complaint on Dawn Franco, but was unable to do so.

3. After the process server discontinued attempting service, the McHenry County Sherriff attempted to effectuate service, but was unable to do so (a copy of the Sheriff's affidavit is attached). The Sheriff stated that the Defendant was "possibly avoiding service."

4. Finally, I attempted to send the affidavit via UPS Overnight service requesting a signature of an adult living at the household. However, after three attempts by UPS, no one answered the door to sign for the Summons and Complaint.

5. After many failed attempts at personal service, I believe that Dawn Franco is evading service of the Summons and Complaint in this case

6. Therefore, the Clerk should publish the Summons in a newspaper located within the county where the Defendant resides (McHenry County) to effectuate service upon the Defendant.

Further, the affiant saith not.

_____
Joseph E. Mallon

Subscribed and sworn
before me this 27th
day of March, 2008.

_____
Notary Public

OFFICIAL SEAL
NANCY GONZALEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF THE PLUMBERS LOCAL 93 U.A., ET AL.

PLAINTIFF(S)

VS.

DAWN FRANCO

DEFENDANT(S)

Court Date:

Case No.
08 C 373

AFFIDAVIT OF DUE DILIGENCE:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **DAWN FRANCO** at **1740 KINGS GATE LN, CRYSTAL LAKE, IL 60014** after due search, careful inquiry and diligent attempts for the reason detailed below.

2/7/2008 8:50 PM - Dog barking inside; Lights on 2nd floor; Black Chevy P/U IL reg. 25 428E belonging to defendant parked in the driveway; no answer
2/8/2008 6:20 PM - No answer; no lights; no vehicles
2/11/2008 3:55 PM - No answer; no vehicles
2/16/2008 1:15 PM - No answer; black Chevy P/U on driveway No Answer.
2/17/2008 3:15 PM - No answer; black Chevy P/U on driveway
2/18/2008 6:00 PM - Black Chevy P/U on driveway No Answer. No lights on.
2/18/2008 3:45 PM - Client requested we cancel service.

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Glenn C. Olson, Llc #: 117-000516
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 19th day of February, 2008

_[signature]_
NOTARY PUBLIC

CLIENT NAME:
Johnson & Krol, LLC
FILE #:

OFFICIAL SEAL
JOANNE C. HRODEY
Notary Public   State of Illinois
My Commission Expires Oct 22, 2011

ORIGINAL PROOF OF SERVICE

TRACKING #
36063



Keith Nygren, Sheriff of Mchenry County, Woodstock, IL
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098  (815) 334-4720

Court Number: 08C373                    Docket-No EF18F -08001883-001

**Case Name: BOARD OF TRUSTEES OF THE PLUMBERS LOCAL 93 U.A.,ETAL vs. FRANCO, DAWN J**
Paper Type: SUMMONS/COMPLAINT -
Additional Paper Info: NORTHERN DISTRICT OF ILLINOIS

Person Served: FRANCO, DAWN

Relationship to Defendant:

Business Name:

Additional Name Information:

Address: 1740 KINGS GATE LANE
         CRYSTAL LAKE, IL 60014
Second Address:

## SERVICE INFORMATION

Date Received: 02/25/2008                ~~Served~~ OR Returned: 03/10/2008

How Served: NO SERVICE                   Time: 12:46

IN OR OUT ON ALL ATTEMPTS, POSSIBLY AVOIDING SERVICE.

Deputy: 1679 LANGE, JAMES

Deputy's Signature _James Lange_

FEES: SERVICE & RETURN: $31.65   Mileage:$14.00   Total:$45.65

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Board of Trustees of the Plumbers Local 93 U.A., et al.,

V.

Dawn Franco, an individual

CASE NUMBER: **08 C 373**

ASSIGNED JUDGE:

**JUDGE SHADUR**
**MAGISTRATE JUDGE COX**

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Dawn J. Franco
1740 Kings Gate Lane
Crystal Lake, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Callinan
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
312-372-8587

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

January 17, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*


                                         _____
                                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.