**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; | ) ) | |
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; | ) ) ) | |
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; | ) ) | |
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; | ) ) ) | CIVIL ACTION |
| BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and | ) ) ) ) | NO. 08 CV 373 |
| The INDUSTRY ADVANCEMENT FUND; | ) ) | JUDGE: SHADUR |
| Plaintiffs, | ) ) | |
| vs. | ) ) | MAGISTRATE JUDGE: COX |
| DAWN FRANCO, an individual, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION FOR SERVICE BY PUBLICATION**

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A., *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of an Order directing the Clerk of the U.S. District Court for the Northern District of Illinois to effectuate Service by Publication as is provided by 735 Ill. Comp. Stat. 5/2-206 (2006) and in support thereof, state as follows:

1. On January 16, 2008, the Complaint in the above captioned matter was electronically filed in the United States District Court for the Northern District of Illinois, Eastern Division.

2. On several occasions throughout February of 2008, a process server attempted to effectuate Service of the Summons and Complaint on Dawn Franco at her residence, but was unable to do so. (The service attempts are detailed in an Affidavit attached as Exhibit 1.)

3. In March of 2008, at Plaintiffs' request, the McHenry County Sherriff's Office attempted to effectuate service on the Defendant. After several failed attempts the Sherriff concluded that Ms. Franco was "possibly avoiding service. (A copy of the Sheriff's Affidavit is attached as Exhibit 2.)

4. Most recently, Plaintiffs' attorney attempted to send the affidavit via UPS Overnight service requesting a signature of an adult living at the household. However, after three attempts by UPS, no one answered the door to sign for the package containing the Summons and Complaint.

5. Personal service of the Summons and Complaint on the Defendant is not feasible after several attempts at Service.

6. Rule 4(e)(1) of the Federal Rules of Civil Procedure provides that Service of Process can be effectuated on a person by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

7. 735 Ill. Comp. Stat. 5/2-206 (2006) provides that Service of Process may be effectuated on a party by publication in a newspaper in the county in which the action is pending when the Plaintiffs' attorney executes an affidavit "showing that the defendant . . . is concealed within this State, so that process cannot be served upon him or her."

8. The Defendant, Dawn Franco, has willfully evaded service of the Summons and Compliant in this case. (Affidavit attached as Exhibit 3.)

9. There being sufficient evidence that Service of Process by personal service is not feasible in this case, the Plaintiffs respectively ask this Honorable Court to enter an Order directing the Clerk of Court to effectuate Service upon the Defendant by publishing information as required by 735 Ill. Comp. Stat. 5/2-206 (2006).

10. A proposed Order is attached as Exhibit 4.

WHEREFORE, Plaintiffs pray that this Court enter an Order requiring the Clerk of Court to effectuate Service of Process on the Defendant by means of publication in a newspaper.

Respectfully submitted,

By: /s/ Joseph E. Mallon – 6280529
Attorney for Plaintiffs

JOHNSON & KROL, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587