# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS LOCAL 93 U.A., ET AL.<br><br>PLAINTIFF(S)<br><br>VS.<br><br>DAWN FRANCO<br><br>DEFENDANT(S) | Court Date:<br><br>Case No.<br>08 C 373<br><br><br>AFFIDAVIT OF DUE DILIGENCE:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **DAWN FRANCO** at **1740 KINGS GATE LN, CRYSTAL LAKE, IL 60014** after due search, careful inquiry and diligent attempts for the reason detailed below.

2/7/2008 8:50 PM - Dog barking inside; Lights on 2nd floor; Black Chevy P/U IL reg. 25 428E belonging to defendant parked in the driveway; no answer
2/8/2008 6:20 PM - No answer; no lights; no vehicles
2/11/2008 3:55 PM - No answer; no vehicles
2/16/2008 1:15 PM - No answer; black Chevy P/U on driveway No Answer.
2/17/2008 3:15 PM - No answer; black Chevy P/U on driveway
2/18/2008 6:00 PM - Black Chevy P/U on driveway No Answer. No lights on.
2/18/2008 3:45 PM - Client requested we cancel service.

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Glenn C. Olson, Lic #: 117-000516**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 19th day of February, 2008

*[signature]*
NOTARY PUBLIC

CLIENT NAME:
Johnson & Krol, LLC*
FILE #:

OFFICIAL SEAL
JOANNE C. HRODEY
Notary Public  State of Illinois
My Commission Expires Oct 22, 2011

ORIGINAL PROOF OF SERVICE

TRACKING #
36063

EXHIBIT
1

http://staff.judicialinc.com/Judicial_Common/Reports/rptNonService_Proof.aspx?id=36063&outs