IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 08 CV 373<br><br>JUDGE: SHADUR |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | MAGISTRATE JUDGE: COX |
| DAWN FRANCO, an individual, | ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF EVASION OF SERVICE FOR SERVICE BY PUBLICATION**

I, Joseph E. Mallon, Attorney for the Plaintiffs, being duly sworn and upon oath state that to the best of my knowledge the following is an accurate statement as to the Defendant's evasion of all attempts to serve Defendant with the Summons and Complaint in the above captioned matter:

1. On January 16, 2008, the Complaint in the above captioned matter was filed in the United States District Court for the Northern District of Illinois and "Filed-Stamped" copies of the Complaint and Summons were electronically mailed to me.

2. The Defendant Dawn Franco resides at 1740 Kings Gate Lane, Crystal Lake, IL 60014.

3. On several occasions throughout February of 2008, as evidenced by the attached Affidavit of Discontinued Attempting Service, a process server


EXHIBIT 3

        attempted to effectuate Service of the Summons and Complaint on Dawn Franco, but was unable to do so.

4. After the process server discontinued attempting service, the McHenry County Sherriff attempted to effectuate service, but was unable to do so (a copy of the Sheriff's affidavit is attached). The Sheriff stated that the Defendant was "possibly avoiding service."

5. Finally, I attempted to send the affidavit via UPS Overnight service requesting a signature of an adult living at the household. However, after three attempts by UPS, no one answered the door to sign for the Summons and Complaint.

6. After many failed attempts at personal service, I believe that Dawn Franco is evading service of the Summons and Complaint in this case.

7. Therefore, the Clerk should publish the Summons in a newspaper located within the county where the Defendant resides (McHenry County) to effectuate service upon the Defendant.

                                                                Further, the affiant saith not.

                                                               Joseph E. Mallon

Subscribed and sworn
before me this 1st
day of April, 2008.

_____
Notary Public

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS LOCAL 93 U.A., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>DAWN FRANCO<br><br>DEFENDANT(S) | Court Date:<br><br>Case No.<br>08 C 373<br><br>AFFIDAVIT OF DUE DILIGENCE:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **DAWN FRANCO** at **1740 KINGS GATE LN, CRYSTAL LAKE, IL 60014** after due search, careful inquiry and diligent attempts for the reason detailed below.

2/7/2008 8:50 PM - Dog barking inside; Lights on 2nd floor; Black Chevy P/U IL reg. 25 428E belonging to defendant parked in the driveway; no answer
2/8/2008 6:20 PM - No answer; no lights; no vehicles
2/11/2008 3:55 PM - No answer; no vehicles
2/16/2008 1:15 PM - No answer; black Chevy P/U on driveway No Answer.
2/17/2008 3:15 PM - No answer; black Chevy P/U on driveway
2/18/2008 6:00 PM - Black Chevy P/U on driveway No Answer. No lights on.
2/18/2008 3:45 PM - Client requested we cancel service.

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Glenn C. Olson, Lic #: 117-000516
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 19th day of February, 2008

_____
NOTARY PUBLIC

CLIENT NAME:         ORIGINAL PROOF OF SERVICE         TRACKING #
Johnson & Krol, LLC*                                  36063
FILE #:

OFFICIAL SEAL
JOANNE C. HRODEY
Notary Public  State of Illinois
My Commission Expires Oct 22, 2011



Keith Nygren, Sheriff of Mchenry County, Woodstock, IL
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098 (815) 334-4720

Court Number: 08C373

Docket-No EF18F -08001883-001

**Case Name: BOARD OF TRUSTEES OF THE PLUMBERS LOCAL 93 U.A., ETAL vs. FRANCO, DAWN J**

Paper Type: SUMMONS/COMPLAINT -

Additional Paper Info: NORTHERN DISTRICT OF ILLINOIS

Person Served: FRANCO, DAWN

Relationship to Defendant:

Business Name:

Additional Name Information:

Address: 1740 KINGS GATE LANE
CRYSTAL LAKE, IL 60014

Second Address:

## SERVICE INFORMATION

Date Received: 02/25/2008

Served OR Returned: 03/10/2008

How Served: NO SERVICE

Time: 12:46

IN OR OUT ON ALL ATTEMPTS, POSSIBLY AVOIDING SERVICE.

Deputy: 1679 LANGE, JAMES

Deputy's Signature *James Lange*

FEES: SERVICE & RETURN: $31.65   Mileage:$14.00   Total:$45.65