IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; <br><br>                    Plaintiffs, <br><br> vs. <br><br> DAWN FRANCO, an individual, <br><br>                    Defendant. | CIVIL ACTION <br><br> NO. 08 CV 373 <br><br> JUDGE: SHADUR <br><br> MAGISTRATE JUDGE: COX |

## NOTICE OF MOTION

TO:    Ms. Dawn Franco
       1740 Kings Gate Lane
       Crystal Lake, IL 60014

PLEASE TAKE NOTICE that on **Friday, April 4, 2008,** I shall appear before the Honorable Judge Milton I. Shadur at approximately **9:15 a.m. in Courtroom 2303**, or any Judge in his stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiffs' Motion for Service by Publication.**

                                        Respectfully Submitted,

                                        /s/ Joseph E. Mallon – 6280529
                                        Attorney for Plaintiffs

Joseph E. Mallon
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587

## CERTIFICATE OF SERVICE

      I, Joseph E. Mallon, an attorney, first duly sworn on oath, deposes and says that I served the above and foregoing **Plaintiffs' Motion for Service by Publication,** by personally mailing a true and correct copy thereof by depositing it in the mailbox located at 208 S. LaSalle, Chicago, IL 60604 in a sealed envelope to the below named party addresses on this 1st day of April, 2008.

                                                            /s/ Joseph E. Mallon – 6280529
                                                            Attorney for Plaintiffs

Ms. Dawn Franco
1740 Kings Gate Lane
Crystal Lake, IL 60014