Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 373 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Board of Trustees vs. Dawn Franco | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for service by publication is granted. (11-1) Enter Order Requiring Clerk of Court to Effectuate Service on Defendant by Publication in Newspaper.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|