

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; Plaintiffs, vs. DAWN FRANCO, an individual, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION  NO. 08 CV 373  JUDGE: SHADUR  MAGISTRATE JUDGE: COX |

### ORDER REQUIRING CLERK OF COURTS TO EFFECTUATE SERVICE ON DEFENDANT BY PUBLICATION IN NEWSPAPER

An Order is granted requiring the Clerk of Courts to effectuate Service of Process on the Defendant, Dawn Franco, by publication in a newspaper as follows:

1.   The Clerk of Courts of the U.S. District Court for the Northern District of Illinois is hereby order to publish a notice in the Chicago Tribune with the following information: the pendency of the action, the title of the court, the title of the case, showing the names of the first named plaintiff and the first named defendant, the number of the case, the names of the parties to be served by publication, and the date on or after

which default may be entered against such party.

2.  The notice shall be published within 10 days, and shall be published at least once in each week for 3 successive weeks.

3.  In addition to publication, the clerk shall, within 10 days of the first publication of the notice, send a copy thereof by mail, addressed to Dawn Franco at 1740 Kings Gate Lane, Crystal Lake, IL 60014.

ORDERED BY:

_____
HONORABLE JUDGE SHADUR

Dated: _April 4, 2008_