


**Keith Nygren, Sheriff of Mchenry County, Woodstock, IL**
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098  (815) 334-4720

Court Number: 08C373                Docket-No EF18F -08001883-001
**Case Name: BOARD OF TRUSTEES OF THE PLUMBERS LOCAL 93 U.A.,ETAL vs. FRANCO, DAWN J**
Paper Type: SUMMONS/COMPLAINT -
Additional Paper Info: NORTHERN DISTRICT OF ILLINOIS

Person Served:  FRANCO, DAWN

Relationship to Defendant:

Business Name:

Additional Name Information:

Address: 1740 KINGS GATE LANE
         CRYSTAL LAKE, IL  60014
Second Address:

## SERVICE INFORMATION

Date Received:  02/25/2008           ~~Served~~ OR Returned: 03/10/2008

How Served: NO SERVICE               Time: 12:46

IN OR OUT ON ALL ATTEMPTS, POSSIBLY AVOIDING SERVICE.

Deputy: 1679 LANGE, JAMES

Deputy's Signature  *James Lange*

FEES: SERVICE & RETURN: $31.65   Mileage:$14.00   Total:$45.65

EXHIBIT 2