Page 8H • Saturday, April 12, 2008

# CLASSIFIED

## The New York Times Crossword

Edited by Will Shortz — No. 0301

### Across
1 Event in which teams may drink rounds during rounds
8 Comb
15 Minimal, with "of"
16 Broke out
17 Conditioning system
18 Dumpling dish
19 Defeats easily
20 Doesn't stick around
21 1920s birth control advocate Russell
22 Author of "Save Your Job, Save Our Country: Why Nafta Must Be Stopped — Now!"
24 Name on some euros
25 They may be found in sneakers
27 "___ vindice" (Confederacy motto)
28 Chairperson?
29 Big name in flight
31 Place on a game board?
33 A.L. home run champ of 1950 and '53
35 Mop holder?
38 Often-minimized thing
43 1966 Grammy winner for "If He Walked Into My Life"
44 Focus of some ball-handlers?
46 Spanish mistress
47 Samoan capital
48 Cuts into a pie, often
50 Field fare, briefly
51 Distribution slip
53 Ostensible composer of "The Abduction of Figaro" and "Oedipus Tex?"
55 Summit goal
56 Bennett of the Ronettes
57 Worker doing a desk job?
58 Bright planet, sometimes
59 "First …"
60 Information technology subject

### Down
1 Leader who claimed to have put a fatal curse on J.F.K.
2 Cousin of Ascii
3 Dances in waltz time
4 Some radio sources
5 "'___ Me?' I do not know you" (Emily Dickinson poem)
6 Get slippery, in a way
7 Zipped up
8 Boho-chic footwear
9 Big combo
10 Old marketplace surrounder
11 Saints, e.g.
12 Function whose domain is between -1 and 1
13 Not-so-new work crew
14 First pitcher to have defeated all 30 major-league teams
23 Having a better bottom?
26 Part of a certain kit
28 Wolf, e.g.
30 H.S. subject
32 Faster, maybe
34 "Danger!"
35 Enter for a spin
36 Bristly appendages
37 Words after "Whew!"
39 Least sensible
40 20th-century German leader's moniker
41 Part of a fin?
42 Load-bearing things?
43 Most intrepid
45 Man and others
48 Zagat contributor
49 Opinion opener
52 Italian province or its capital
54 Amts.



Puzzle by Brendan Emmett Quigley

For answers, call 1-900-285-5656, $1.49 a minute; or, with a credit card, 1-800-814-5554.
Annual subscriptions are available for the best of Sunday crosswords from the last 50 years: 1-888-7-ACROSS.
Online subscriptions: Today's puzzle and more than 2,000 past puzzles, nytimes.com/crosswords ($39.95 a year).
Share tips: nytimes.com/puzzleforum. Crosswords for young solvers: nytimes.com/learning/xwords.

### ANSWER TO PREVIOUS PUZZLE

| I | M | A | C | | S | K | A | T | E | O | V | E | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | O | N | O | | M | A | I | D | E | N | N | A | M | E |
| A | N | O | N | | A | L | P | H | A | T | E | S | T | S |
| P | O | T | T | E | R | | S | O | R | R | I | E | S | T |
| O | P | H | E | L | I | A | | C | O | O | L | | | |
| T | H | E | S | S | A | L | Y | | S | P | L | A | T | |
| | | | H | O | R | S | E | | G | O | R | E | Y | | T | A | B |
| E | N | Y | A | | C | A | K | E | S | | M | A | K | E |
| R | I | O | | B | L | E | E | P | | V | A | L | E | T |
| C | U | R | I | E | | L | E | M | O | N | L | A | W | |
| | | | A | F | A | R | | L | E | T | I | T | B | E |
| B | E | D | C | O | V | E | R | | R | E | T | I | R | E |
| I | C | E | I | C | E | B | A | B | Y | | O | M | E | N |
| T | H | E | N | A | T | U | R | A | L | | B | E | A | U |
| S | O | R | E | L | O | S | E | R | | A | S | K | S | |

---

### OFFICE SPACE FOR RENT

**CRYSTAL LAKE** 450 sq ft Newer Building Convenient Location off of Route 176. $695 utilities included. 847-962-9255

**CRYSTAL LAKE** 6000 sq ft, convenient central location. $6.00 per sq ft. Will sub-divide 815-236-7045

**Crystal Lake Downtown** 1st floor, near train $245 or $575 or $650 FUHLER PROPERTIES 815-455-4000

**CRYSTAL LAKE** ★ 4 Suites 300-1800 sf In large prestigious professional Rt. 14 building, ample parking. ★ Nice 3 room office on Rt. 14, $500/mo. Allodial Real Estate 815-477-5300

You can place your Classified ad 24 hours a day at: www.NWHerald.com/adzap

### OFFICE SPACE FOR RENT

**Crystal Lake Professional Office Suites** incl parking and signage, 773-391-0900

**CRYSTAL LAKE Share-A-Suite:** Furnished office with high speed Internet. $475 Also, 1225sf suite for $1175. Call Dennis 815-788-0448 ext. 14 or 847-638-8877

**Crystal Lake:** 2 New Office Suites 1- Individual and 1- 1250 sq ft. Route 31 & 176. Lease Required. 815-444-6724

**Hebron** - 660 sq. ft. Two Rooms & Bathroom. Hwy 173 Frontage. $450/mo Bruce 815-648-2981

**HUNTLEY DELUXE OFFICE SPACE** Lease/Purchase 1150 S.F. WILL CUSTOMIZE Located Near I-90 & Rt. 47 Across from Del Webb/Jewel Only $11.00 S.F. Triple Net 815-923-2553

### OFFICE SPACE FOR RENT

**Lake In The Hills/Algonquin** Free standing professional office building, 1400 sq ft office space + 650 sq ft basement. B2 zoning, updated, ample parking, reasonably priced, avail. 5/1. Broker Owned 847-639-9404 or 847-638-8877

**McHenry** - Busy Rt 120, 10'x10', reception sign avail, ★ 14'x13' heat inc. Conf. rm 815-363-0808

### RETAIL SPACE FOR RENT

**Woodstock** - New stores or offices off of Rt. 47. 1000-5300 sq ft, good parking, Avail. Soon 847-966-5400 or 847-529-7211

**Woodstock** ~ 2000 sqft. store front Rt. 14 & Rt. 47. $1400/mo, Broker owned. 815-337-1712

**Woodstock**- Multi–Use 1500sf, Near Irving St & Rt 47. $700/mo+utilities 815-338-8403

### RETAIL SPACE FOR RENT



McHenry, IL 1210 & 1510 sq. ft. retail spaces available for lease. $23/psf + CAM. OWNER GIVING $10,000 CASH BACK! Contact 847-431-1590

### Legals



### PUBLIC NOTICES

**PUBLIC NOTICE**

Attention: Dawn J. Franco this notice serves as personal service to you of the following pending action against you. On January 16, 2008, a complaint was filed against Dawn J. Franco (Defendant) in the U.S. District Court for the Northern District of Illinois, Eastern Division by the Board of Trustees of the Plumbers' Local Union No. 93 U.A. et al. (Plaintiffs). The case number is 08-CV-373. Dawn J. Franco has until the 13th day of May, 2008 to file a responsive pleading or the plaintiffs will seek to have a default judgment entered against Dawn J. Franco.
(Published in the Northwest Herald April 12, 19, 26, May 3, 2008)

### PUBLIC NOTICES

**IN PROBATE**

In the Matter of the Estate of ERNEST T GERVAIS, Deceased

**Case No. 08 PR 41 CLAIM NOTICE**

Notice is given of the death of ERNEST T. GERVAIS of CRYSTAL LAKE, IL.

Letters of office were issued on 2/20/2008 to Representative: DONALD R GERVAIS, 938 ABERDEEN DR, CRYSTAL LAKE, IL 60014 whose attorney is SCOTT NOLAN, 4 EAST TERRA COTTA AVENUE, CRYSTAL LAKE, IL 60014-3622.

Claims against the estate may be filed within six months from the date of first publication. Any claim not filed within six months from the date of first publication or claims not filed within three months from the date of mailing or delivery of Notice to Creditor, whichever is later, shall be barred.

Claims may be filed in the office of the Clerk of Circuit Court at the McHenry County Government Center, 2200 North Seminary Avenue, Woodstock, Illinois 60098, or with the representative, or both.

Copies of claims filed with the Clerk must be mailed or delivered to the representative and to his attorney within ten days after it has been filed.

/s/ Vernon W. Kays, Jr.
Clerk of the Circuit Court
(Published in the Northwest Herald March 29, April 5, 12, 2008)

### PUBLIC NOTICES

(right column, partially cut off)

STATE OF ILLINOIS
IN THE CIRCUIT COURT
22ND JUDICIAL CIRCUIT
McHENRY COUNTY - IL

In the Matter of the Estate of GEORGE M RICHTER, Deceased
Case No. 08 PR
CLAIM NOTICE

Notice is given of the death of GEORGE M RICHTER of CRYSTAL LAKE, IL.

Letters of office were issued 3/14/2008 to Representative: GER M ANDERSON, ___ LN, CARY, IL 60013

GREGORY M RICHTER ___ TON AVE, SUGAR ___ 60054

whose attorney is POW___ ERS & EICKSTEAD___ WASHINGTON STREET ___ IL 60152.

Claims against the estate ___ filed within six months ___ date of first publication ___ not filed within six months ___ date of first publication ___ not filed within the ___ the date of mailing ___ Notice to Creditor, whi___ er, shall be barred.

Claims may be filed in ___ the Clerk of Circuit C___ McHenry County Gove___ ter, 2200 North Semi___ Woodstock, Illinois 60___ the representative, or b___

Copies of claims fi___ Clerk must be mailed ___ to the representative ___ torney within ten days ___ been filed.

/s/ Vernon ___
Clerk of the ___
(Published in the Nort___ April 12, 19, 26, 200___

**PUBLIC NOTICES**

STATE OF ILLINOIS
IN THE CIRCUIT ___
OF THE 22N___
JUDICIAL CIR___
McHENRY COU___
IN PROBAT___

In the Matter of the E___
OLE M CODY, Decease___

Case No. 08 ___
CLAIM NOTIC___

Notice is given of ___
CAROLE M CODY, of ___
GROVE, IL

Letters of office we___
3/20/2008 to R___
STEVEN GERARD MO___
1 SUSSEX CIRCLE, VE___
IL 60061 whose attor___
COEN & WRIGHT, ___
STREET, CRYSTAL LAKE___

Claims against the e___
filed within six mont___
date of first publication___
not filed within six mo___
date of first publication___
not filed within three___
the date of mailing ___
Notice to Creditor, ___
er, shall be barred.

Claims may be filed ___
of the Clerk of Circuit ___
McHenry County Gov___
ter, 2200 North Semi___
Woodstock, Illinois 60___
the representative, or b___

Copies of claims fi___
Clerk must be mailed ___
to the representative ___
torney within ten days ___
been filed.

/s/ Vernon ___
Clerk of the ___
(Published in the Nor___
March 29, April 5, 12,___

**PUBLIC NO___**

STATE OF ILLI___
IN THE CIRCUIT ___
OF THE 22___
JUDICIAL CIR___
Y COU___
OBAT___

**EXHIBIT 3**

---

## BRIDGE

### By PHILLIP ALDER
Newspaper Enterprise Association

First, look only at the South hand. East and West are vulnerable. West opens three clubs, showing a good seven-card suit and 6-10 high-card points.

| | North | 04-12-08 |
|---|---|---|
| | ♠ 5 4 | |
| | ♥ K 10 9 5 4 | |
| | ♦ 8 5 2 | |
| | ♣ A 6 3 | |
| West | | East |