# PUBLISHER'S CERTIFICATE OF PUBLICATION

ACCNT #10027933
AMT $110.40

I, John Rung, do hereby

certify that I am the publisher of the Northwest Herald,

a daily secular newspaper of general circulation within the county(s) of McHenry

and Kane, regularly published in the city of Crystal Lake

in the county of McHenry and state of Illinois, and which has been so published

for more than 12 months prior to the first publication of hereunto annexed notice or

advertisement relating to the matter of

08-CV-373/FRANCO

was published in said newspaper          4    times being    4    weeks

beginning          April 12, 2008

and ending          May 3, 2008

which were the dates of first and last insertions. I further certify that said newspaper

is a newspaper as defined by the terms and conditions of Chapter 100, paragraph 1 et. Seq.,

Illinois Revised Statutes 1981.

Given under my hand at Crystal Lake, Illinois

May 3, 2008

**PUBLIC NOTICE**

Attention: Down J. Franco. this notice serves as personal service to you of the following pending action against you... On January 16, 2008, a complaint was filed against Down J. Franco (Defendant) in the U.S. District Court to by the Women in District of Illinois, Eastern Division by the Board of Trustees of the Plumbers' Local Union No. 93 U.A., et al (Plaintiffs). The case number is 08-cv-373, Down J. Franco has until the 13th day of May, 2008 to file a responsive pleading or the plaintiffs will seek to have a default judgment entered against Down Franco.
(Published in the Northwest Herald April 12, 19, 26, May 3, 2008)

EXHIBIT
4