

**FILE COPY**

April 18, 2008

**Via Priority Mail**
Ms. Dawn J. Franco
1740 Kings Gate lane
Crystal Lake, IL 60014

Re:    Plumbers Local 93 Trust Funds vs. Dawn Franco; Case No: 08 CV 373

Dear Ms. Franco:

Please find the enclosed service by publication of the Summons and Complaint in the above-referenced case. The enclosed notice was published in the Northwest Herald on April 12, 2008. In addition, the notice will be published again on April 19, 26 and on May 3, 2008.

You are advised that you must file a responsive pleading in the case no later than May 13, 2008. Failure to do so will result in a Default Judgment Order being entered against you. You are further advised that your continued attempts to delay the civil process may result in your being held in contempt of the Court.

Very truly yours,

Joseph E. Mallon

208 South LaSalle Street • Suite 1602 • Chicago, Illinois 60604
Ph. (312) 372.8587 • Fax. (312) 255.0449
johnson@johnsonkrol.com • krol@johnsonkrol.com



EXHIBIT 5