IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 08 CV 373<br><br>JUDGE: SHADUR |
| Plaintiffs, | ) ) | MAGISTRATE JUDGE: COX |
| vs. | ) ) | |
| DAWN FRANCO, an individual, Defendant. | ) ) ) | |

### AFFIDAVIT OF LYMAN BEHRENS

I, Lyman Behrens, hold the title of Benefit Funds Manager for the PLUMBERS LOCAL UNION NO.93 U.A. RETIREMENT ACCOUNT FUND; PLUMBERS LOCAL UNION NO.93 U.A. PENSION FUND; PLUMBERS LOCAL UNION NO.93 U.A. HEALTH AND WELFARE FUND; JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; PLUMBERS LOCAL UNION NO. 93 U.A. (hereinafter referred to as "Trust Funds"). Being first duly sworn and upon oath state that to the best of my knowledge the following is an accurate statement as to the Defendant's delinquency in the above captioned matter:

1. In August 2007 the Defendant DAWN FRANCO entered into a Settlement Agreement

1


EXHIBIT 7

with the Trust Funds to pay the principal amount of $235,781.13.

2. To date, Defendant DAWN FRANCO has made payments toward the principal balance in the amount of $18,466.23.

3. The total principal balance that remains due and owing the Plaintiffs under the Settlement Agreement is $217,314.90.

4. The Trust Funds subpoenaed payroll records for the company operated by Defendant DAWN FRANCO's and calculated that Defendant DAWN FRANCO owes $90,476.01 in unpaid contributions and union dues for the October, November and December 2007 contributions periods.

5. Due to Defendant's failure to submit contributions and union dues in a timely manner for the October, November and December 2007 contribution periods, liquidated damages and interest charges have accrued during the period of November 2007 through May 2008 in the amount of $13,716.38.

6. Defendant currently owes the Trust Funds $16,657.00 in attorney's fees and costs that the funds have incurred from August 17, 2007 through the present.

7. The total principal balance that remains due and owing the Plaintiffs is $338,164.29.

Further affiant saith not.

_____
Lyman Behrens

Subscribed and sworn
Before me this 16th
day of May, 2008.

_____
Notary Public

OFFICIAL SEAL
CATHRYN S WOTRING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/10

2