IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 08 CV 373<br><br>JUDGE: SHADUR |
| Plaintiffs, | ) ) | MAGISTRATE JUDGE: COX |
| vs. | ) ) | |
| DAWN FRANCO, an individual, | ) ) | |
| Defendant. | ) | |

## AFFIDAVIT

I, Joseph E. Mallon, Attorney for the Plaintiffs, being duly sworn and upon oath state that to the best of my knowledge the following is an accurate statement as to the Plaintiffs' attorney's fees and costs in conjunction with the above captioned matter:

### Plumbers Local Union No. 93 U.A. Trust Funds – Dawn Franco

**Date/Description**　　　　　　　　　　**Min/Hrs/Rate**　　　　　　**Amount**

(See attached billing summary for amounts already billed)

**Total (Actual)**　　　　　　　　　　　　　　　　　　　　　　　　$16,657.00

**Anticipated Attorney's Fees**



| | | |
|---|---|---|
| Revisions to Motion For Final Judgment | 3:00 / $210.00 | $630.00 |
| Scan and E-file Motion | 1:00 / $210.00 | $210.00 |
| Ct. Appearance | 1:00 / $210.00 | $210.00 |
| **Total Anticipated** | **5:00 / $210.00** | **$1,050.00** |
| **GRAND TOTAL** | | **$17,707.00** |

Further, the affiant saith not

_____
Joseph E. Mallon

Subscribed and sworn
before me this 16th day of
May, 2008

_____
Notary Public

OFFICIAL SEAL
NANCY GONZALEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

| 5/16/2008 | Johnson & Krol, LLC | |
|---|---|---|
| 2:02 PM | Slip Listing | Page 1 |

### Selection Criteria

| Refe.Selection | Include: Four Seasons Heating & Cooling/Dawn Franco |
|---|---|
| Slip.Classification | Open |
| Slip.Transaction Dat | 8/17/2007 - 5/16/2008 |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 23153            TIME<br>  8/17/2007<br>  Billed           G:11472           9/18/2007<br>  Correspondence via e-mail w/debtor's attorney; Conf.<br>  w/BCL. | JEM<br>Correspondence<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 140.70 |
| 23167            TIME<br>  8/21/2007<br>  Billed           G:11472           9/18/2007<br>  Telephone conf. with Lynn Karner. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 105.00 |
| 23203            TIME<br>  8/27/2007<br>  Billed           G:11472           9/18/2007<br>  Status check on bankruptcy filings; T/C w/Lynn K; T/C<br>  w/attorney; File UCC financing statement. | JEM<br>Status<br>93 TF<br>Four Seasons Heating & | 1.25<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 262.50 |
| 23316            EXP<br>  8/27/2007<br>  Billed           G:11472           9/18/2007<br>  U.C.C. Financing Statement. | J&K<br>UCC State<br>93 TF<br>Four Seasons Heating & | 1 | 21.00 | 21.00 |
| 23395            TIME<br>  8/28/2007<br>  Billed           G:11472           9/18/2007<br>  Review correspondence from attorney. | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 23417            TIME<br>  8/30/2007<br>  Billed           G:11472           9/18/2007<br>  Draft letter to fund ofc w/payment; T/C with Lynn<br>  Karner. | JEM<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 105.00 |
| 23432            TIME<br>  9/4/2007<br>  Billed           G:11472           9/18/2007<br>  E-mail to attorney re: settlement payment. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 105.00 |
| 23444            TIME<br>  9/5/2007<br>  Billed           G:11472           9/18/2007<br>  Tel. conf. with opposing attorney; Review<br>  correspondence received. | JEM<br>tc w/opp atty<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 23457            TIME<br>  9/6/2007<br>  Billed           G:11472           9/18/2007 | JEM<br>Review<br>93 TF | 1.17<br>0.00<br>0.00 | 210.00<br>T | 245.70 |

5/16/2008  
2:02 PM  

Johnson & Krol, LLC  
Slip Listing  

Page 2

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| Review correspondence; Draft letter to Lyman w/settlement payment; E-mail to Lynn Karner: T/C to Dan M x 2; T/C to fund ofc. | Four Seasons Heating & | 0.00 | | |
| 23513 TIME<br>9/7/2007<br>Billed   G:11472   9/18/2007<br>Tel. conf. with Lyman/fund ofc | JEM<br>tc client<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 35.70 |
| 23523 TIME<br>9/10/2007<br>Billed   G:11472   9/18/2007<br>E-mail to opposing attorney. | JEM<br>tc w/opp atty<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 23535 TIME<br>9/11/2007<br>Billed   G:11472   9/18/2007<br>Status: check fed ex tracking number; Review correspondence; Draft letter to Lyman w/July 2007 payment. | JEM<br>Status<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 140.70 |
| 23852 TIME<br>9/21/2007<br>Billed   G:11485   10/16/2007<br>Telephone conf. w/fund ofc; E-mail to attorney for debtor. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 105.00 |
| 24001 TIME<br>9/24/2007<br>Billed   G:11485   10/16/2007<br>E-mail to debtor's attorney. | JEM<br>e-mail<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 35.70 |
| 24034 TIME<br>9/27/2007<br>Billed   G:11485   10/16/2007<br>Draft letter to Lyman Behrens w/August payment. | JEM<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 24053 TIME<br>10/2/2007<br>Billed   G:11485   10/16/2007<br>Correspondence with debtor's attorney. | JEM<br>Correspondence<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 24077 TIME<br>10/4/2007<br>Billed   G:11485   10/16/2007<br>Draft letter to fund office w/settlement payment. | JEM<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 24489 TIME<br>10/19/2007<br>Billed   G:11521   11/19/2007<br>Telephone conf. w/fund office. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 35.70 |
| 24566 TIME<br>10/24/2007<br>Billed   G:11521   11/19/2007<br>Draft letter to attorney; Correspondence with attorney via e-mail. | JEM<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.58<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 121.80 |

| 5/16/2008 | Johnson & Krol, LLC | | |
|---|---|---|---|
| 2:02 PM | Slip Listing | | Page    3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 24912          TIME<br>11/8/2007<br>Billed         G:11521         11/19/2007<br>Draft letter with check for september 2007 contributions. | Clerk - JAK<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 13.60 |
| 24894          TIME<br>11/15/2007<br>Billed         G:11521         11/19/2007<br>Tel. conf. with Lynn K./fund ofc. | JEM<br>tc client<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 35.70 |
| 25138          TIME<br>11/30/2007<br>Billed         G:11548         12/19/2007<br>Prepared and drafted Motion/entry of final judgment. | WPC<br>Prepare<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 185.00 |
| 25189          TIME<br>11/30/2007<br>Billed         G:11548         12/19/2007<br>Conference w/Will; Review motion to re-open & enter final judgment. | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 25137          TIME<br>11/30/2007<br>Billed         G:11548         12/19/2007<br>File Review: Calculated current oustanding balance for Motion/entry of final judgment. | WPC<br>File Review<br>93 TF<br>Four Seasons Heating & | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 25135          TIME<br>11/30/2007<br>Billed         G:11548         12/19/2007<br>Phone call to Lyman Behrens to update status of Oct. contribution report. | WPC<br>Phone<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 25143          TIME<br>12/2/2007<br>Billed         G:11548         12/19/2007<br>Review: made changes to Motion/entry of final judgment. | WPC<br>Review<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 185.00 |
| 25144          TIME<br>12/2/2007<br>Billed         G:11548         12/19/2007<br>Drafted judge's order for entry of final judgment. | WPC<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 25155          TIME<br>12/3/2007<br>Billed         G:11548         12/19/2007<br>Calculated attorney fees and drafted affidavit of attorney fees for motion. | WPC<br>Calculate<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |
| 25156          TIME<br>12/3/2007<br>Billed         G:11548         12/19/2007<br>Drafted affidavit to Lyman Behrens for Motion/entry of final judgment. | WPC<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |

5/16/2008  
2:02 PM  

Johnson & Krol, LLC  
Slip Listing  

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 25210          TIME<br>12/3/2007<br>Billed        G:11548        12/19/2007<br>Correspondence w/attorney via e-mail. | JEM<br>Correspondence<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.17<br>0.00<br>0.00 | 210.00<br>T<br>No Charge | 35.70 |
| 25223          TIME<br>12/5/2007<br>Billed        G:11548        12/19/2007<br>Review Motion/entry of final judgment; Review affidavits and supporting documents; Scan/e-file motion w/court. | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.83<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 174.30 |
| 25181          TIME<br>12/5/2007<br>Billed        G:11548        12/19/2007<br>E-mail copy of plaintiff's proposed final judgment order to Judge Aspen. | WPC<br>e-mail<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 25172          TIME<br>12/5/2007<br>Billed        G:11548        12/19/2007<br>Complete drafting Motion/entry of final judgment; Order for final judgment; Affidavit for attorney fees: Notice of motion. | WPC<br>complete<br>93 TF<br>Four Seasons Heating & | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 25174          TIME<br>12/5/2007<br>Billed        G:11548        12/19/2007<br>Prepared exhibits for Motion/entry of final judgment. | WPC<br>Prepare<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 25171          TIME<br>12/5/2007<br>Billed        G:11548        12/19/2007<br>Fax and received affidavit of Lyman Behrens. | WPC<br>Prepare<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 25170          TIME<br>12/5/2007<br>Billed        G:11548        12/19/2007<br>Notice of motion drafted and certificate of service. | WPC<br>Review<br>93 TF<br>Four Seasons Heating & | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 25176          TIME<br>12/5/2007<br>Billed        G:11548        12/19/2007<br>Prepared and filed Motion/entry of final judgment with all exhibits. | WPC<br>Prepare<br>93 TF<br>Four Seasons Heating & | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 25244          TIME<br>12/10/2007<br>Billed        G:11548        12/19/2007<br>Review correspondence. | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.17<br>0.00<br>0.00 | 210.00<br>T<br>No Charge | 35.70 |
| 25619          TIME<br>12/10/2007<br>Billed        G:11548        12/19/2007<br>Drafted letter to Lyman B., with contribution reports & payment for Oct 2007 and settlement payment for November and December 2007. | WPC<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |

5/16/2008  
2:02 PM  

Johnson & Krol, LLC  
Slip Listing  

Page      5

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 25546           TIME<br>12/12/2007<br>Billed           G:11548           12/19/2007<br>Correspondence with attorney. | JEM<br>Correspondence<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 25558           TIME<br>12/13/2007<br>Billed           G:11548           12/19/2007<br>Telephone conf. w/fund ofc; Fax to fund ofc. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 25747           TIME<br>12/27/2007<br>Billed           G:11578           1/18/2008<br>Correspondence w/attorney. | JEM<br>Correspondence<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 25782           TIME<br>1/3/2008<br>Billed           G:11578           1/18/2008<br>Conference w/DRJ; Research mechanics liens in bankruptcy: Review payment history & status of case. | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 2.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 489.30 |
| 26349           TIME<br>1/3/2008<br>Billed           G:11578           1/18/2008<br>Research online how to obtain pin number and mortgage recordings. | Clerk - JAK<br>Research<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 40.00 |
| 26108           TIME<br>1/3/2008<br>Billed           G:11578           1/18/2008<br>Draft citations to discover assets for Bank and company. | WPC<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 26122           TIME<br>1/4/2008<br>Billed           G:11578           1/18/2008<br>Filed/sent Citations to banks & contractor. | WPC<br>Send<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 26354           TIME<br>1/4/2008<br>Billed           G:11578           1/18/2008<br>Prepare citations for service; Phone call to process server and e-mail to process server. | Clerk - JAK<br>File Review<br>93 TF<br>Four Seasons Heating & | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |
| 26356           TIME<br>1/4/2008<br>Billed           G:11578           1/18/2008<br>Find contact info for general contractor. | Clerk - JAK<br>File Review<br>93 TF<br>Four Seasons Heating & | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |
| 26357           TIME<br>1/4/2008<br>Billed           G:11578           1/18/2008<br>Retreive affidavits from process server and file affidavits of service for citations with Federal Court. | Clerk - JAK<br>Receipt<br>93 TF<br>Four Seasons Heating & | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |

5/16/2008  
2:02 PM

Johnson & Krol, LLC  
Slip Listing

Page    6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 25794           TIME<br>1/4/2008<br>Billed          G:11578         1/18/2008<br>Telephone conf. w/Lynn Karner; Revise delinquency & calculate additional amounts: T/C w/fund ofc. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 210.00 |
| 25797           TIME<br>1/4/2008<br>Billed          G:11578         1/18/2008<br>Research: Mechanic's liens in bankruptcy. | JEM<br>Research<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 140.70 |
| 26360           TIME<br>1/7/2008<br>Billed          G:11578         1/18/2008<br>Draft complaint against Franco. | Clerk - JAK<br>Draft<br>93 TF<br>Four Seasons Heating & | 2.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 186.40 |
| 26152           TIME<br>1/8/2008<br>Billed          G:11578         1/18/2008<br>Revisions to complaint against Franco. | WPC<br>Revise<br>93 TF<br>Four Seasons Heating & | 1.00<br>1.00<br>0.00<br>0.00 | 185.00<br>T@1<br>No Charge | 185.00 |
| 26363           TIME<br>1/8/2008<br>Billed          G:11578         1/18/2008<br>Phone calls to contractors to find out information and contacts. | Clerk - JAK<br>Phone<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 26.40 |
| 25804           TIME<br>1/8/2008<br>Billed          G:11578         1/18/2008<br>Revise/edit complaint (Dawn Franco); Review settlement agreement; T/C to developers re: Mechanic's Liens; Search for bankruptcy filing; Conf. w/Jeff. | JEM<br>Revise<br>93 TF<br>Four Seasons Heating & | 1.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 350.70 |
| 25713           EXP<br>1/8/2008<br>Billed          G:11578         1/18/2008<br>Process Service (Expedited) Fee Re: Four Seasons and LaSalle Bank on 1/4/08. | J&K<br>Process Service<br>93 TF<br>Four Seasons Heating & | 1 | 250.00 | 250.00 |
| 25810           TIME<br>1/9/2008<br>Billed          G:11578         1/18/2008<br>Telephone conf. with various developers re: mechanic's liens; T/C to attorney Paul Hull; Conf. with DRJ; T/C to union. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 2.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 420.00 |
| 26247           TIME<br>1/10/2008<br>Billed          G:11578         1/18/2008<br>Telephone conf. w/developer re: Mechanic's liens x 2; T/C to union ofc. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 105.00 |
| 26166           TIME<br>1/10/2008<br>Billed          G:11578         1/18/2008<br>Revisions and additions to complaint against Dawn F. | WPC<br>Revise<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |

5/16/2008  Johnson & Krol, LLC
2:02 PM  Slip Listing  Page 7

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 26270<br>1/14/2008<br>Billed   G:11578   1/18/2008<br>Telephone conf. w/Union; Conf. w/DRJ. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 69.30 |
| 26272<br>1/15/2008<br>Billed   G:11578   1/18/2008<br>Telephone conf. w/Bank re: citation. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T | 35.70 |
| 26470<br>1/16/2008<br>Billed   G:11602   2/20/2008<br>Review correspondence from Union; Correspondence w/union via e-mail; T/C w/Chicago Title Corp.; T/C with Union; Begin drafting letter to Chicago Title. | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 210.00 |
| 26505<br>1/16/2008<br>Billed   G:11602   2/20/2008<br>Revisions to complaint; Scan documents & exhibits; E-file complaint and exhibits; Draft cover sheet and summons. | WPC<br>Revise<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 185.00 |
| 26462<br>1/16/2008<br>Billed   G:11602   2/20/2008<br>Conference w/Will. | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 26474<br>1/17/2008<br>Billed   G:11602   2/20/2008<br>Complete drafting letter to Chicago Title w/request for Title Search; Mapquest search for complete addresses of parcels. | JEM<br>complete<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 210.00 |
| 27263<br>1/17/2008<br>Billed   G:11602   2/20/2008<br>Review email and prepare materials for service of process; Letter to process server w/complaint. | Clerk - JAK<br>Review<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 26.40 |
| 26480<br>1/18/2008<br>Billed   G:11602   2/20/2008<br>Telephone conf. w/Chicago Title re: title search. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.17<br>0.00<br>0.00 | 210.00<br>T@1<br>Do Not Bill | 35.70 |
| 26484<br>1/21/2008<br>Billed   G:11602   2/20/2008<br>Telephone conf. w/attorney; Draft letter to attorney; T/C to court reporter re: Citation. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 210.00 |
| 26549<br>1/24/2008<br>Billed   G:11602   2/20/2008<br>Review documents received w/citation to discover assets. | WPC<br>Review<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |

| 5/16/2008 | Johnson & Krol, LLC | |
|---|---|---|
| 2:02 PM | Slip Listing | Page    8 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 26914            TIME<br>  1/25/2008<br>  Billed            G:11602            2/20/2008<br>  Telephone conf. w/Chicago Title; Research regarding title search of freedom court properties. | WPC<br>tc<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 26568            TIME<br>  1/28/2008<br>  Billed            G:11602            2/20/2008<br>  Review correspondence from attorney; Review title searches from title company. | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |
| 26583            TIME<br>  1/29/2008<br>  Billed            G:11602            2/20/2008<br>  Tel. conf. with fund ofc; Begin drafting notices of Mechanics Liens; T/C with attorney. | JEM<br>tc client<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |
| 26591            TIME<br>  1/30/2008<br>  Billed            G:11602            2/20/2008<br>  Continue drafting notices of mechanics liens; Correspondence w/attorney via e-mail. | JEM<br>Continue<br>93 TF<br>Four Seasons Heating & | 1.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 245.70 |
| 26605            TIME<br>  1/31/2008<br>  Billed            G:11602            2/20/2008<br>  Research: Rule 2004 examination; T/C to payroll services; Review correspondence from attorney; Begin to draft Motion for examination; Conf. w/DRJ. | JEM<br>Research<br>93 TF<br>Four Seasons Heating & | 2.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 420.00 |
| 26609            TIME<br>  2/1/2008<br>  Billed            G:11602            2/20/2008<br>  Continue to draft Motion/Examination; Prepare exhibit documents; Preare notice of motion; T/C w/bankruptcy trustee. | JEM<br>Continue<br>93 TF<br>Four Seasons Heating & | 2.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 525.00 |
| 27312            EXP<br>  2/1/2008<br>  Billed            G:11602            2/20/2008<br>  Reimbursement of Westlaw research database charges (Jeff & JEM - Jan. 08) | J&K<br>West Law<br>93 TF<br>Four Seasons Heating & | 1 | 90.00 | 90.00 |
| 26632            TIME<br>  2/5/2008<br>  Billed            G:11602            2/20/2008<br>  Telephone conf. w/bankruptcy judge's clerk. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.17<br>0.00<br>0.00 | 210.00<br>T@1<br>Do Not Bill | 35.70 |
| 26998            TIME<br>  2/7/2008<br>  Billed            G:11602            2/20/2008<br>  Court Appearance on Motion, Kane county; Review correspondence. | JEM<br>Court<br>93 TF<br>Four Seasons Heating & | 2.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 525.00 |

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 27003<br>2/7/2008<br>Billed    G:11602    2/20/2008<br>Prepare: subpoena for documents to ADP payroll services. | TIME<br>JEM<br>Prepare<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 27125<br>2/11/2008<br>Billed    G:11602    2/20/2008<br>Check docket report for orders on Motion; T/C to Judge's chambers re: orders. | TIME<br>JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |
| 27295<br>2/13/2008<br>Billed    G:11602    2/20/2008<br>Delivery/process service to ADP; Complete affidavit. | TIME<br>Clerk - JAK<br>payment<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 13.60 |
| 27150<br>2/13/2008<br>Billed    G:11602    2/20/2008<br>Review correspondence from process server. | TIME<br>JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 27158<br>2/14/2008<br>Billed    G:11602    2/20/2008<br>Telephone conf. w/ADP payroll services re: subpoena for records. | TIME<br>JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 27319<br>2/16/2008<br>Billed    G:11637    3/18/2008<br>Complaint Filing Fee re: 93 TF v. Dawn Franco | EXP<br>J&K<br>Complaint<br>93 TF<br>Four Seasons Heating & | 1 | 350.00 | 350.00 |
| 27320<br>2/16/2008<br>Billed    G:11637    3/18/2008<br>Ownership Search fee for 17 Properties ($60 charge/each) Paid to Chicago Title Insurance Company. | EXP<br>J&K<br>Misc. Fee<br>93 TF<br>Four Seasons Heating & | 1 | 1020.00 | 1020.00 |
| 27339<br>2/20/2008<br>Billed    G:11637    3/18/2008<br>Review payroll documents from ADP payroll; Calculate benefits owed for Nov/Dec 2007; Revise notices of mechanic's liens. | TIME<br>JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 1.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 315.00 |
| 27965<br>2/22/2008<br>Billed    G:11637    3/18/2008<br>Phone call to McHenry County Sheriff re: service, prepare materials for service and draft letter to McHenry county Sherriff. | TIME<br>Clerk - JAK<br>Phone<br>93 TF<br>Four Seasons Heating & | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |
| 27542<br>2/25/2008<br>Billed    G:11637    3/18/2008<br>Review bankruptcy schedules filed by debtor. | TIME<br>JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |

5/16/2008  Johnson & Krol, LLC
2:03 PM  Slip Listing  Page    10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 27593          TIME<br>3/4/2008<br>Billed       G:11637       3/18/2008<br>Attend meeting of creditors in Aurora IL. | JEM<br>atten<br>93 TF<br>Four Seasons Heating & | 1.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 315.00 |
| 27837          TIME<br>3/5/2008<br>Billed       G:11637       3/18/2008<br>Court Appearance. | WPC<br>Court<br>93 TF<br>Four Seasons Heating & | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 27612          TIME<br>3/6/2008<br>Billed       G:11637       3/18/2008<br>Telephone conf. w/attorney; T/C w-Richmond American Homes re: mechanic's lien notices. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 28084          TIME<br>3/11/2008<br>Billed       G:11637       3/18/2008<br>Fax to Richmond American Homes. | JEM<br>fax<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 27999          TIME<br>3/12/2008<br>Billed       G:11637       3/18/2008<br>Meeting w/Joe re: services of process to Dawn Franco; Phone call to UPS for delivery confirmation. | Clerk - JAK<br>Meeting<br>93 TF<br>Four Seasons Heating & | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |
| 28094          TIME<br>3/12/2008<br>Billed       G:11637       3/18/2008<br>Telephone conf. Clerk re: service of complaint on Dawn Franco. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |
| 28113          TIME<br>3/14/2008<br>Billed       G:11637       3/18/2008<br>Telephone conf. to fund office. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 29046          EXP<br>3/17/2008<br>Billed       G:11676       4/18/2008<br>Misc Fee Paid to Chicago Title Ins. Co. for two additional property searches. | J&K<br>Misc. Fee<br>93 TF<br>Four Seasons Heating & | 1 | 120.00 | 120.00 |
| 28904          TIME<br>3/20/2008<br>Billed       G:11676       4/18/2008<br>Research service via publication in a newspaper; Phone call to clerk; Draft affidavit of failed service attempts. | Clerk - JAK<br>Research<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 80.00 |
| 28905          TIME<br>3/20/2008<br>Billed       G:11676       4/18/2008<br>Review file and begin to complete proof of claim. | Clerk - JAK<br>Review<br>93 TF<br>Four Seasons Heating & | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |

| | | | |
|---|---|---|---|
| 5/16/2008 | Johnson & Krol, LLC | | |
| 2:03 PM | Slip Listing | | Page   11 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 28336   TIME<br>3/27/2008<br>Billed  G:11676  4/18/2008<br>Telephone call to trustee. | JEM<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 28930   TIME<br>3/28/2008<br>Billed  G:11676  4/18/2008<br>Review materials to complete proof of claims; Create spreadsheets to calculate total amount due per fund. | Clerk - JAK<br>Review<br>93 TF<br>Four Seasons Heating & | 2.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 186.40 |
| 28928   TIME<br>3/28/2008<br>Billed  G:11676  4/18/2008<br>Review rile to determine amount of claim to file proof of claim. | Clerk - JAK<br>Review<br>93 TF<br>Four Seasons Heating & | 1.00<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 80.00 |
| 28933   TIME<br>3/31/2008<br>Billed  G:11676  4/18/2008<br>Continue the proof of claims. | Clerk - JAK<br>Continue<br>93 TF<br>Four Seasons Heating & | 0.75<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 60.00 |
| 28931   TIME<br>3/31/2008<br>Billed  G:11676  4/18/2008<br>Draft motion for service via publishing. | Clerk - JAK<br>Draft<br>93 TF<br>Four Seasons Heating & | 1.17<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 93.60 |
| 28939   TIME<br>4/1/2008<br>Billed  G:11676  4/18/2008<br>Review and proofread motion and prepare for filing; File document with Court. | Clerk - JAK<br>Review<br>93 TF<br>Four Seasons Heating & | 1.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 106.40 |
| 28165   TIME<br>4/2/2008  4:35 PM<br>Billed  G:11676  4/18/2008<br>Draft Proof of Claim; | Clerk - JAK<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |
| 28169   TIME<br>4/3/2008<br>Billed  G:11676  4/18/2008<br>Complete drafting the proof of claims. | Clerk - JAK<br>complete<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 26.40 |
| 28203   TIME<br>4/4/2008<br>Billed  G:11676  4/18/2008<br>Tel. conf. with opposing attorney for Richmond American Homes re: Notice of Mechanic's Liens. | JEM<br>tc w/opp atty<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |
| 28195   TIME<br>4/4/2008<br>Billed  G:11676  4/18/2008<br>Conference w/ WPC Re: Motion and Court Appearance | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |

| 5/16/2008 | Johnson & Krol, LLC | |
|---|---|---|
| 2:03 PM | Slip Listing | Page    12 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 28833             TIME<br>4/4/2008<br>Billed         G:11676         4/18/2008<br>Review Motion & prepare for motion hearing; Court appearance. | WPC<br>Review<br>93 TF<br>Four Seasons Heating & | 1.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 216.45 |
| 28295             TIME<br>4/7/2008<br>Billed         G:11676         4/18/2008<br>Review file and calculate current delinquency for Status Report | JEM<br>Calculate<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 28447             TIME<br>4/8/2008         3:22 PM<br>Billed         G:11676         4/18/2008<br>Phone call to Clerk regarding order; phone call to head clerk about publication; phone call to newspaper regarding publication; research publication; and draft publication. | Clerk - JAK<br>Phone<br>93 TF<br>Four Seasons Heating & | 1.75<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 140.00 |
| 28644             TIME<br>4/10/2008<br>Billed         G:11676         4/18/2008<br>Phone call with newspaper to affirm publication and last minute details of the notice. | Clerk - JAK<br>Phone<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 13.60 |
| 29078             TIME<br>4/18/2008<br>WIP<br>Conference with DRJ Re: filing of mechanic's liens | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 29095             TIME<br>4/18/2008         12:44 PM<br>WIP<br>Draft letter to Deft. with service by publication | JEM<br>Draft<br>93 TF<br>Four Seasons Heating & | 0.42<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 88.20 |
| 29100             TIME<br>4/18/2008<br>WIP<br>Conference with DRJ and JAK Re: the recording of mechanic's liens | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 29101             TIME<br>4/18/2008<br>WIP<br>Review Mechanic's Lien Act for deadline to record lien | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 29137             TIME<br>4/18/2008         2:25 PM<br>WIP<br>[No description] | Clerk - JAK<br>Misc<br>93 TF<br>Four Seasons Heating & | 1.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 100.00 |
| 29164             TIME<br>4/21/2008<br>WIP<br>Conference with DRJ and JAK Re: recording Mechanic's Liens | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |

| 5/16/2008 | Johnson & Krol, LLC | |
| 2:03 PM | Slip Listing | Page     13 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 29180    EXP<br>4/22/2008<br>WIP<br>Misc Fee Paid: Filing of Mechanic's Lien with Lake County (Six claims for liens @ $39.00 each). | J&K<br>Misc. Fee<br>93 TF<br>Four Seasons Heating & | 1 | 234.00 | 234.00 |
| 29186    TIME<br>4/22/2008    9:02 AM<br>WIP<br>Draft claim for mechanic's lien.  Phone call to Recorder.  Draft letter to recorder. | Clerk - JAK<br>Draft<br>93 TF<br>Four Seasons Heating & | 1.50<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 120.00 |
| 29174    TIME<br>4/22/2008<br>WIP<br>Review mechanic's liens for JAK; conference with JAK; telephone conference with DRJ | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 29175    TIME<br>4/22/2008<br>WIP<br>Review mechanic's liens for JAK; conference with JAK; telephone conference with DRJ | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 29242    TIME<br>4/23/2008<br>WIP<br>Telephone conference with Court regarding Status Hearing<br>Conference with. JEM | WPC<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 29374    TIME<br>4/28/2008<br>WIP<br>Telephone conference with Court regarding status hearing | WPC<br>tc<br>93 TF<br>Four Seasons Heating & | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 29437    TIME<br>4/29/2008<br>WIP<br>Conference with JAK Re: mechanic's liens; conference with WPC Re: court appearance | JEM<br>Conference<br>93 TF<br>Four Seasons Heating & | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 29627    TIME<br>5/6/2008    3:14 PM<br>WIP<br>Draft motion for default. | Clerk - JAK<br>Draft<br>93 TF<br>Four Seasons Heating & | 1.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 106.40 |
| 29931    EXP<br>5/14/2008<br>WIP<br>Reimbursement of Westlaw research database charges re: JAK 4/8/08 and 4/18/08. | J&K<br>West Law<br>93 TF<br>Four Seasons Heating & | 1 | 48.00 | 48.00 |
| 30054    TIME<br>5/16/2008<br>WIP<br>Review and Revise Motion for Default Judgment | JEM<br>Review<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |

| 5/16/2008 | Johnson & Krol, LLC | | | |
| 2:03 PM | Slip Listing | | | Page    14 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 30055            TIME<br>  5/16/2008<br>  WIP<br>  Prepare Notice of Motion | JEM<br>Prepare<br>93 TF<br>Four Seasons Heating & | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |
| 30060            TIME<br>  5/16/2008<br>  WIP<br>  Prepare Judgment Order | JEM<br>Prepare<br>93 TF<br>Four Seasons Heating & | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |

| Grand Total | | | | |
| --- | --- | --- | --- | --- |
| | Billable<br>Unbillable<br>Total | 78.07<br>1.68<br>79.75 | | 15657.00<br>327.80<br>15984.80 |