**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 08 CV 373 JUDGE: SHADUR |
| Plaintiffs, | ) ) | MAGISTRATE JUDGE: COX |
| vs. | ) ) | |
| DAWN FRANCO, an individual, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Ms. Dawn Franco
      1740 Kings Gate Lane
      Crystal Lake, IL 60014

  PLEASE TAKE NOTICE that on **Wednesday, May 21, 2008,** I shall appear before the Honorable Judge Milton I. Shadur at approximately **9:15 a.m. in Courtroom 2303,** or any Judge sitting in his stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiffs' Motion for Entry of Default Judgment.**

                              Respectfully submitted,

                              /s/ Joseph E. Mallon – 6280529
                              Attorney for Plaintiffs

JOHNSON & KROL, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587

## **CERTIFICATE OF SERVICE**

     I Joseph E. Mallon, an attorney, first duly sworn on oath, depose and state that I served the above and foregoing **Plaintiffs' Motion for Entry of Default Judgment** by personally mailing a true and correct copy thereof by depositing it in the mailbox located at 208 South LaSalle Street, Chicago, IL 60604 in a sealed envelope to the below named party on this 19th day of May, 2008.

                                                /s/ Joseph E. Mallon – 6280529
                                                    Attorney for Plaintiffs

Ms. Dawn Franco
1740 Kings Gate Lane
Crystal Lake, IL 60014