Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 373 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Board of Trustees vs. Dawn Franco | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment is granted. (16-1) Enter Default Judgment Order. It is ordered that Judgment is entered in favor of the Plaintiff and against the Defendant, Dawn Franco in the sum of $338,164.29.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|

08C373 Board of Trustees vs. Dawn Franco　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1