

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND;<br><br>        Plaintiffs,<br><br>vs.<br><br>DAWN FRANCO, an individual,<br><br>        Defendant. | CIVIL ACTION<br><br>NO. 08 CV 373<br><br>JUDGE: SHADUR<br><br>MAGISTRATE JUDGE: COX |

## DEFAULT JUDGMENT ORDER

Judgment is hereby entered in favor of the Plaintiffs and against Defendant DAWN FRANCO ("FRANCO") as follows:

1. Judgment is hereby entered against Defendant FRANCO;

2. Defendant FRANCO is ordered to pay to the Plaintiffs all delinquent contributions and union dues, liquidated damages, interest, and reasonable attorneys fees owed pursuant to the Settlement Agreement entered in August 2007 in the amount of $217,314.90;

3. Defendant FRANCO is ordered to pay $90,476.01 in unpaid contributions and union dues, $8,467.89 in liquidated damages, and $5,248.49 in interest for the

October, November and December 2007 contribution periods.

3. Defendant FRANCO is ordered to pay any additional delinquent contributions, deficiencies and wage deduction payments that may be revealed by an audit for the period of April, 2005 through January, 2008;

4. Defendant FRANCO is ordered to the Plaintiffs reasonable attorney's fees and costs incurred during the course of collection in the amount of $17,707.00;

5. The total principal balance due and owing to the Plaintiffs from Defendant FRANCO is $338,164.29; and

6. That the Plaintiffs have such other relief as the Court may deem just and equitable all at Defendant's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

ORDERED BY:

_____
HONORABLE JUDGE SHADUR

Dated: _May 21, 2008_____