# United States District Court

## Northern District of Illinois
### Eastern Division

Board of Trustees                   **JUDGMENT IN A CIVIL CASE**

     v.                                   Case Number: 08 C 373

Dawn Franco

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff and against the Defendant in the sum of $338,164.29.

Michael W. Dobbins, Clerk of Court

Date: 5/21/2008

/s/ Sandy Newland, Deputy Clerk